[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Jeff v. Allen

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Lieutenant Beidy
Sergeant Lopez
Officer Mabayed
Officer Bellavia

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 23C1240 Hon. Virginia M. Kendall
(To be supplied by the Clerk of this Court)

FILED
MAR 29 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**      **AMENDED COMPLAINT**

__✓__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Jeff V. Allen

    B. List all aliases: Jeff Allen

    C. Prisoner identification number: 176849

    D. Place of present confinement: Lake County Jail

    E. Address: 20 S. County St Waukegan, IL 60085

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Lieutenant Heidy, Tim

        Title: Lieutenant

        Place of Employment: 20 S. County St Waukegan IL 60085

    B. Defendant: Jahaira Lopez

        Title: Sergeant

        Place of Employment: 20 S. County St Waukegan, IL 60085

    C. Defendant: Officer Mubayed

        Title: CK 7 Officer

        Place of Employment: 20 S. County St Waukegan, IL 60085

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendant: Officer Bellavia

Title: CRT officer

Place of Employment: 20 S. County St Waukegan, IL 60085

Case: 1:23-cv-01240 Document #: 10 Filed: 03/29/23 Page 4 of 8 PageID #:61

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Jeff v. Alken v Lasalle County Jail 14C3603

B. Approximate date of filing lawsuit: 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Lasalle County Jail et al

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U S District Court northern District

F. Name of judge to whom case was assigned: Samuel Der-Yeghiayan

G. Basic claim made: Unreasonable strip-search

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Vacated due to settlement

I. Approximate date of disposition: 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:23-cv-01240 Document #: 10 Filed: 03/29/23 Page 5 of 8 PageID #:62

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, Jeff v. Allen have been placed in the lake County Jail and in fact I had been harassed lied too strip searched by the lake county officer's. If you take a look at the grievance I've attached you will see why I name the defendants I named because they are the people who respond back to the grievance. The Lieutenant the sergeant are responsible for the officers misconduct so when they responded back to me and so many words that my rights don't matter it's ok for they officers to act that way toward Inmate's or detainee

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:23-cv-01240 Document #: 10 Filed: 03/29/23 Page 6 of 8 PageID #:63

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Thats a claim so I would like to go with my claim on officers misconduct harassment and strip search and a unfair grievance process. I would like to make my claim on CRT officer Bellavia when I was in ASU he did not gave me my hour out on the date of 7/13/22. I wrote grievance the court have it who responsed sergeant Lopez who responsible for sergeant Lopez action Lieutenant Reidy. Since this is aother CRT officer and it happen in the same place ASU, I would like to make my claim on the CRT officer Mubayed on the date of 9/22/22, 10/ 11/20/22. I was harassed on more than one incident I was pepper sprayed and illegal strip search because of this officer action I've grievance it and who responsed. The court have the grievance

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for Lake County be investigated on officer misconduct harassment and on strip searches. And for my pain and damages I would like the Relief of $350,000.00 dollars. Thank you

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __17__ day of __3__, 20__23__

_____
(Signature of plaintiff or plaintiffs)

Jeff v. Allen
(Print name)

272874
(I.D. Number)

Lake County Jail
20 S County St Waukegan, IL 60085
(Address)

6  Revised 9/2007

Jeff v. Allen
L17287H
Lake County Jail
20 S. County St
Waukegan, IL
60085

03/29/2023-4

OFFICE OF
CLERK of THE U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604