ILND 450 (Rev. 10/13) Judgment in a Civil Action

# N THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jeff V. Allen (L172874),

    Plaintiff,

v.

Lake County Jail, et al.,

    Defendants.

Case No. 23 C 1240

Hon. Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of Defendant(s)
and against Plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case is dismissed without prejudice for failure to submit second amended complaint.

This action was *(check one)*:
☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Virginia M. Kendall.

Date: 5/10/2023             Thomas G. Bruton, Clerk of Court

                                                 /s/Lynn Kandziora , Deputy Clerk